
JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN PERAMO,<br><br>　　　　Respondent. | NO. CV 12-4693-GAF (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 17, 2014　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
**JS-6**　　　　　　　　　　　　　　United States District Judge